Opinion by HARALSON, J.

---

## Collins *v.* Burton, *et als.*

APPEAL from Birmingham City Court.

Tried before the Hon. W. W. WILKERSON.

LANE & WHITE, for appellant.

GEORGE A. EVANS and D. J. PONCELER, for appellee.

This action was brought by the appellant against the appellees on a constable's bond, claiming damages for a levy made by the constable upon property upon which the plaintiff claimed a lien under a recorded judgment. The case was tried by the court below without the intervention of a jury, and a judgment was rendered in favor of the defendants.

The plaintiff's right of action is based upon the validity of the lien asserted in the complaint. Without a lien there is no pretense of a right of action. The registry of the judgment under which the lien is claimed

failed to state the name of the owner of the judgment. The court holds that this was prerequisite to the creation of a lien under the statute authorizing the registry of judgments or decrees.—See *Duncan v. Ashcraft,* 121 Ala. 552. The plaintiff having no lien upon the property in question was not entitled to a judgment under any phase of the case.

The judgment of the circuit court is affirmed.

Opinion by DOWDELL, J.